DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CASTILLO GRAND HOTEL CONDOMINIUM RESIDENCES ASSOCIATION, INC.,**
Appellant,

v.

**WATERMARK CAPITAL PARTNERS, LLC** and **HOTEL OWNER CWI-GG RCFL PROPERTY OWNER,**
Appellees.

No. 4D2023-1587

[July 3, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE19-021992.

Joseph David Garrity of Lorium Law, Fort Lauderdale, for appellant.

Christopher D. Donovan, Bonita Springs, and Jodi Kleinick and James L. Ferguson of Paul Hastings LLP, New York, New York, and William K. Whitner and Eric D. Stolze of Paul Hastings LLP, Atlanta, Georgia, Marc Huling and Carlianne K. Peake of Roetzel & Andress, LPA, Naples, for appellee, Hotel Owner CWI-GG RCFL Property Owner.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***